STATE OF NEW MEXICO
COUNTY OF BERNALILLO
SECOND JUDICIAL DISTRICT COURT

**RICHARD LUCERO,**
**On behalf of himself and**
**All others similarly situated,**

       Plaintiff,

vs.

**BUREAU OF COLLECTION RECOVERY, INC.**

       Defendant.

ENDORSED
FILED IN MY OFFICE THIS

APR 3 0 2009

*Quanita M. Duran*
CLERK DISTRICT COURT

Case No. :    **CV 2009 0 5 0 5 9**

## CLASS ACTION COMPLAINT FOR DAMAGES
## FOR VIOLATION OF THE FAIR DEBT COLLECTION PRACTICES ACT
## AND THE New Mexico COLLECTION AGENCY REGULATORY ACT

**COMES NOW,** Plaintiff, RICHARD LUCERO, on behalf of himself and all others similarly situated, by and through the undersigned counsel, and files this Class Action Complaint for Damages for Violation of the Fair Debt Collection Practices Act and the New Mexico Collection Agency Regulatory Act against Defendant, BUREAU OF COLLECTION RECOVERY, INC., and in support shows the following:

### I. INTRODUCTION

1. This is an action for declaratory relief, actual and statutory damages brought by Plaintiff, Richard Lucero, an individual consumer, on behalf of himself and all others similarly situated, against Defendant, Bureau of Collection Recovery, Inc., for violation of the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. §§ 1692, *et seq.* which prohibits debt collectors from engaging in abusive, deceptive, and unfair practices, and for violation of the New Mexico Collection Agency Regulatory Act, NMSA 1978, §§ 61-18A-1, *et seq.* which prohibits unlawful conduct by collection agencies operating in New Mexico.

2. Defendant conducts business in New Mexico, and is registered with the New Mexico Regulation and Licensing Department as a collection agency.



EXHIBIT
A

## II. PARTIES

3. Plaintiff, Richard Lucero ("Mr. Lucero"), is a natural person and resident of Albuquerque, New Mexico.

4. Defendant, Bureau of Collection Recovery, Inc., ("Collection Recovery Inc."), is a foreign corporation engaged in the business of collecting debt in New Mexico with its principal place of business located outside of the state.

> (a). Defendant is engaged in the collection of debts from consumers using the mail and telephone and regularly attempts to collect debts alleged to be due another.

> (b). Defendant is a "debt collector" as defined by FDCPA, 15 U.S.C. § 1692a(6) and NMSA 1978, § 61-18A-2G and operates as a "collection agency" as defined by NMSA 1978, § 61-18A-2C.

## III. JURISDICTION AND VENUE

5. Jurisdiction is proper before this court since Plaintiff is a resident of Albuquerque, New Mexico and Bernalillo County. Declaratory relief is available pursuant to 28 U.S.C. §§ 2201 and 2202. Venue in this District is proper in that Defendant transacts business here and the conduct complained of occurred in Albuquerque, New Mexico.

## IV. STATEMENT OF FACTS

6. In September 2008, Defendant Collection Recovery Inc. mailed a letter to Plaintiff entitled "FDCPA Notice" in an attempt to collect an alleged debt in the amount of $688.34 (Six Hundred and Eighty Eight Dollars and 34/100 cents). See Defendant's September 7, 2008 Letter attached hereto as Exhibit A.

7. In December 2008, Defendant mailed a second letter to Plaintiff captioned "Settlement Offer" which purported to offer a settlement in the amount of $481.84 (Four Hundred Eighty One Dollars and 84/100 cents). See Defendant's December 10, 2008 Letter attached hereto as Exhibit B.

8. Plaintiff received both the November 07, 2008 and December 10, 2008 letters at his residence in Albuquerque, New Mexico.

9. Both Exhibit A and Exhibit B describe the alleged debt as follows:

2.

"Creditor: Verizon Wireless
Principal Balance: $583.34
Collection Fees: $100.00
Total Amount Due: $688.34
Account Number: 41258916
Creditor Number: 027056172200001"

10. Defendant's November 07, 2008 letter also states:

"As of the date of this letter, you owe a total amount of $688.34. Because of interest, late charges and other charges assessed by your creditor that may vary from day to day, the amount due of the day you pay may be greater. Hence, if you pay the amount shown above, an adjustment may be necessary after we receive your check, in which event we will inform you before depositing the check for collection."

See Exhibit A.

11. Defendant was licensed to operate as a collection agency in New Mexico. See Licensee Details Page from New Mexico Regulation and Licensing Department website [Last accessed April 16, 2009] attached hereto as Exhibit C.

12. On the Licensee Details Page "Bobbie Dunn" is listed as "Owner" of the Defendant under the "Demographic Information" section and as "Manager" under the "Employment Information" section. Ex. C.

13. Therefore, it appears that Defendant appointed or hired one Bobbie Dunn, an individual, to serve as manager within the state.

14. The New Mexico Regulation and Licensing Department maintains a list of "licensed managers" operating in New Mexico. See "Collection Agency Managers that Collect for Various Collection Agencies" List compiled by Financial Institutions Division ("Collection Managers List") attached hereto as Exhibit D.

15. Bobbie J. Dunn, appears on said list with an address of P.O. Box 16035 Albuquerque, NM 87191-6035.

16. Ms. Dunn's physical address is 9747 Village Green Dr. NE, Albuquerque, New Mexico 87111 which is located within the gated community known as "Tanoan Country Club".

17. Upon information and belief, Bobbie J. Dunn does not maintain a physical business address in connection her management of Defendant's collection activities. Instead, Bobbie Dunn conducts business for Defendant, Bureau of Collection Recovery, Inc., from her home.

3.

## V. CLASS ACTION ALLEGATIONS

18. Plaintiff, Richard Lucero ("Mr. Lucero"), brings this action on behalf of himself and the members of the class described herein as a class action under Rule 1-023 of the New Mexico Rules of Civil Procedure for the District Courts.

19. **THE CLASS:**

The Class consists of (1) all persons residing in New Mexico; (2) who received a letter, communication or other correspondence from Defendant in an attempt to collect a debt; (3) where the letter, communication or other correspondence was addressed to a New Mexico address; (4) during the time period beginning one year prior to the filing of this Complaint. For the members of the Class, Mr. Lucero seeks declaratory relief, actual and statutory damages.

20. **SUB-CLASS A:**

Sub-Class A consists of members of the Class who, after receiving a letter, communication or other correspondence from Defendant, remitted partial or whole payment(s) to Defendant. For members of Subclass A, in addition to the relief sought for each member of the whole Class, Mr. Lucero seeks special restitution damages for payments made to Defendant plus interest thereon from the date such payments were made.

21. Excluded from the Class are (1) any judges or judicial officer assigned to this matter and his or her immediate family and (2) the legal representatives, successors or assigns of any such excluded persons.

22. Upon information and belief, the number of Class members is so numerous that formal joinder of all members is impracticable.

23. Mr. Lucero's damages are typical and representative of the damages sustained by the members of the Class.

24. Mr. Lucero's representation of Sub-Class A is calculated to include those members of the Class who are unaware that they may have a claim against Defendant.

25. There are common questions of law or fact which predominate over any questions affecting only individual Class members.

26. Common questions of law include, but are not limited to the following:

(a). Whether Defendant violated the New Mexico Collection Agency Regulatory Act ("Collection Agency Act"), NMSA 1978, §§ 61-18A-1, *et seq.*; and

(b). Whether Defendant violated the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. §§ 1692, *et seq.*

27. The claims brought in this lawsuit can be determined principally from the letters mailed by Defendant to Plaintiff(s) and by records kept in the ordinary course of business by Defendant regarding collection of debts allegedly owed by Plaintiff(s).

28. The claims of Mr. Lucero are based on similar facts and legal theory, and are typical of the claims or defenses of the members of the Class.

29. Mr. Lucero will fairly and adequately protect the interests of the Class members. He has retained attorney(s) who are experienced at handling class actions, including unfair collection practices class actions.

30. Separate actions by individual Class members could create a risk of:

(a). Inconsistent or varying adjudication with respect to individual Class Members which would establish incompatible standards of conduct for the party opposing the Class; and,

(b) Adjudications with respect to individual Class Members which would as a practical matter be dispositive to the interests of the other members not parties to the adjudications, or substantially impair or impede their interests.

31. An action in which any Class Member may participate by signifying a desire to do so is superior to other available methods of the adjudication of the controversy.

32. Mr. Lucero and his counsel have no interest which may conflict with the interests of the members of the Class.

33. Certification of the Class under N.M.R.A. 1-023(B)(3) is appropriate in that:

(a). The questions of law and fact common to the members of the Class predominate over any question affecting an individual member; and

(b). A class action is superior to other available methods for the fair and efficient adjudication of the controversy.

34. Certification of a class under N.M.R.A. 1-023(B)(2) is also appropriate because Defendant has acted on grounds generally applicable to the Class thereby making appropriate declaratory relief with respect to the classes as a whole.

## VI. CLAIMS FOR RELIEF

35. Plaintiff(s) restates, realleges and incorporates by reference to the foregoing paragraphs.

36. Defendant, Bureau of Collection Recovery, Inc., acted unlawfully (1) by operating as a collection agency in New Mexico, (2) by attempting to collect debts from consumers, and (3) by receiving payments on alleged debts, in violation of the New Mexico Collection Agency Regulatory, NMSA 1978, §§ 61-18A-1, *et seq.* and in violation of the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. §§ 1692, *et seq.* The violations include, but are not limited to the following:

### COUNT I
### VIOLATION OF THE NEW MEXICO COLLECTION AGENCY ACT
### N.M.S.A. 1978 §§ 61-18A-1 ET SEQ.

37. Persons or entities engaging in the business of debt collection in New Mexico are regulated by the Collection Agency Regulatory Act, New Mexico Statutes Annotated 1978, Chapter 61, Art. 18A, Sections 1 through 32 ("Collection Agency Act").

38. The Collection Agency Act requires that collection agencies, collection agency managers, and persons engaged in the business of collecting claims for others must apply for and obtain the licenses required by the Act. NMSA 1978, § 61-18A-5A.

39. The Collection Agency Act also requires that a collection agency hire a "licensed manager" within the state and that such manager "be actively in charge of the collection agency for which the license is sought." NMSA 1978, § 61-18A-8.

40. In regard to foreign corporations, the Act states:

> "No collection agency license shall be issued to any foreign corporation or partnership unless it has fully complied with the laws of the state of New Mexico so as to entitle it to do business within this state, and provided further that such foreign corporation or partnership *shall establish and maintain a full time bona fide collection agency in this state at all times during the life of any license issued to it. All records of such local collection agency must be maintained at the principal office in New Mexico of such agency.*"

NMSA 1978, § 61-18A-14 (emphasis added).

6.

41. Bobbie J. Dunn "Ms. Dunn") is listed as a licensed manager by the New Mexico Regulation and Licensing Department with an address of P.O. Box 16035 Albuquerque, NM 87191-6035. Ex. D.

42. The address listed on the Licensee Details Page for Defendant is "Albuquerque, NM 87191-6035." Ex. C.

43. Upon information and belief, neither Defendant nor Defendant's licensed manager, Ms. Dunn, maintains an actual business address (e.g. an address other than a post office box or residential address) within the state.

44. Mr. Lucero and the members of the Class are consumers and/or "debtors" as contemplated by § 61-18A-2H of the Act.

45. Defendant, Bureau of Collection Recovery, Inc. is a "collection agency" as defined by § 61-18A-2C of the Act.

46. Defendant's unlawful acts warrant available remedies under New Mexico state law and under Federal law including the Fair Debt Collection Practices Act (see Count II *infra*).

47. Defendant acted unlawfully and in violation of the Collection Agency Regulatory Act, by committing, among other violations, the following acts or omissions:

> (a) Defendant violated NMSA 1978, § 61-18A-14 which specifically requires that a foreign collection agency:

>> i. "[E]stablish and maintain a full time bona fide collection agency in this state at all times during the life of any license issued to it"; and,

>> ii. That "[a]ll records of such local collection agency must be maintained at the principal office in New Mexico of such agency." and

> (b) Defendant violated NMSA 1978 § 61-18A-18 which requires that:

>> "[E]ach license or license duplicate or renewal license, if any, shall be conspicuously displayed at the place of business noted in the license at all times."

48. **WHEREFORE**, as a result of the foregoing violations of the Collection Agency Regulatory Act, Defendant, Bureau of Collection Recovery, Inc. is liable to Mr. Lucero for declaratory judgment, actual damages, statutory damages, costs, attorney's fees and interest where available;

49. **AND,** Defendant is likewise liable to each member of the Class for declaratory judgment, actual damages, statutory damages, costs, attorney's fees and interest where available;

50. **AND,** in addition to damages and remedies available to all members of the Class, Defendant is liable to each member of Sub-Class A for special restitution damages including interest.

### COUNT II
### UNLAWFUL COLLECTION OF DEBT
### IN VIOLATION OF FDCPA 15 U.S.C. §§ 1962E AND 1962F

51. The Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. §§ 1692, *et. seq.* prohibits debt collectors from engaging in abusive, deceptive, and unfair practices.

52. Defendant is a "debt collector" as defined by 15 U.S.C. §1692a(6) of the FDCPA.

53. A debt collector acting in contravention of a state law which regulates collection agencies thereby violates the FDCPA.

54. Section 1962e of the FDCPA prohibits "false, deceptive or misleading" collection activity and further defines prohibited acts:

(a) Under subsection 1692e(5), as threatening to "take any action that cannot legally be taken"; and,

(b) Under subsection 1692e(10), as "the use of any false representation or deceptive means to collect or attempt to collect a debt."

55. Section 1692f also prohibits "unfair or unconscionable" methods of debt collection.

56. Defendant, Bureau of Collection Recovery, Inc., violated the FDCPA by committing the following acts or omissions, including but not limited to:

(a) Engaging in "false, deceptive or misleading" collection activities by misrepresenting that it was authorized to collect debts from Mr. Lucero and the members of the Class in violation of the general prohibitions contained in 15 U.S.C. §1692e; and,

(b) Threatening "take any action that cannot legally be taken" as against Plaintiff(s) since Defendant could not take any legal action without full compliance with NMSA 1978, §§ 61-18A-1 *et seq.* in violation of 15 U.S.C. 1692e(5); and,

(c) Using "any false representation or deceptive means to collect or attempt to collect a debt" by Defendant's implicit representation through letters and/or telephone calls to Plaintiff(s) that it was authorized to collect debts in New Mexico in violation of 1692e(10); and,

(d) Engaging in "unfair or unconscionable" methods of debt collection in violation of 1692f by acting unlawfully against Plantiff(s) within the state.

57. **WHEREFORE**, as a result of the foregoing violations of the Fair Debt Collection Practices Act, Defendant, Bureau of Collections, Inc. is liable to Mr. Lucero for declaratory judgment, actual damages, statutory damages, costs, attorney's fees and interest where available;

58. **AND**, Defendant is likewise liable to each member of the Class B for declaratory judgment, actual damages, statutory damages, costs, attorney's fees and interest where available;

59. **AND**, in addition to damages and remedies available to all members of the Class, Defendant is liable to each member of Sub-Class A for special restitution damages including interest.

## V. PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff(s), RICHARD LUCERO and THE MEMBERS OF THE CLASS, respectfully request that judgment be entered against Defendant, BUREAU OF COLLECTION RECOVERY, INC., as a result of the foregoing violations of the New Mexico Collection Agency Regulatory Act and the Fair Debt Collection Practices Act as follows:

A.    **For Mr. Lucero and Each Member of the Class**

(1) Declaratory judgment that Defendant's conduct violated the New Mexico Collection Agency Regulatory Act;

(2) Declaratory judgment that Defendant's conduct violated the Fair Debt Collection Practices Act;

(3) Statutory damages pursuant to 15 U.S.C. § 1692k;

(4) Actual damages plus interest thereon;

(5) Costs and reasonable attorney's fees pursuant to 15 U.S.C. § 1692k;

(6) Monetary damages available under N.M.R.A. 1-023(B)(3);

(7) Equitable relief under N.M.R.A. 1-023(B)(2); and,

9.

(8) For such other and further relief as the Court may deem just and proper.

**B.**    **For Each Member of Sub-Class A**

(1) In addition to the remedies sought by all members of the Class,

(2) Special restitution damages including interest.

Respectfully submitted,

**ALFRED M. SANCHEZ**
Attorney for Plaintiff(s)
301 Gold Ave. SW, Ste. 202
Albuquerque, NM 87102
(505) 242-1979

10.

Department # 1456
P.O. Box 1259
Oaks, PA 19456

For Processing of Return Mail only.
Do not send correspondence to this address.

# Bureau of Collection Recovery, Inc.

7575 Corporate Way
Eden Prairie, MN 55344
888-276-8572

Date: 11/07/08
Creditor: VERIZON WIRELESS
Principal Balance: $583.34
Collection Fees: $105.00
Total Amount Due: $688.34
Account Number: 41258916
Creditor Number: 027056172200001

15477 - 41

Richard Lucero
10805 CORDOVA AVE NE
ALBUQUERQUE NM 87112-1610

## FDCPA Notice

Dear Richard Lucero:

The above-listed unpaid account has been placed with this agency for collection. It is our desire to assist you in this matter. Please make your payment directly to the address listed below.

This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice that you dispute the validity of this debtor or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request this office in writing within 30 days after receiving this notice this office will provide you with the name and address of the original creditor, if different from the current creditor.

As of the date of this letter, you owe a total amount of $688.34. Because of interest, late charges and other charges assessed by your creditor that may vary from day to day, the amount due on the day you pay may be greater. Hence, if you pay the amount shown above, an adjustment may be necessary after we receive your check, in which event we will inform you before depositing the check for collection.

**Hours of Operation (Central Time)**
Monday - Thursday 7am-9pm
Friday 7am - 5pm

## NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION.

Sincerely,
VICTOR VELASQUEZ
888-276-8572
Bureau of Collection Recovery

─────────────────Please detach and return in the enclosed envelope with your payment─────────────────

Richard Lucero
10805 CORDOVA AVE NE
ALBUQUERQUE NM 87112-1610

| | |
|---|---|
| Date: | 11/07/08 |
| Account Number: | 41258916 |
| Creditor: | VERIZON WIRELESS |
| Principal Balance: | $583.34 |
| Collection Fee: | $105.00 |
| Amount Due: | $688.34 |
| Amount Remitted: | $_____ |

**PLEASE NOTE CHANGES TO YOUR ADDRESS OR PHONE NUMBER BELOW.**

Pay online at: http://payments.bureauofcollection.com

Mail payment to:

Bureau of Collections
PO Box 9001
Minnetonka, MN 55345-9001

HOME #:_____
WORK #:_____

EXHIBIT A

A20-030303030300    15477 - 41

We are required under state law to notify consumers of the following rights. This list does not contain a complete list of the rights consumers have under state and federal law.

**CALIFORNIA RESIDENTS:** The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov.

**COLORADO RESIDENTS: FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT, SEE WWW.AGO.STATE.CO.US/CADC/CADCMAIN.CFM**

A consumer has the right to request in writing that a debt collector or collection agency cease further communication with the consumer. A written request to cease communication will not prohibit the debt collector or collection agency from taking any other action authorized by law to collect the debt

**MASSACHUSETTS RESIDENTS:**
NOTICE OF IMPORTANT RIGHTS: YOU HAVE THE RIGHT TO MAKE A WRITTEN OR ORAL REQUEST THAT TELEPHONE CALLS REGARDING YOUR DEBT NOT BE MADE TO YOU AT YOUR PLACE OF EMPLOYMENT. ANY SUCH ORAL REQUEST WILL BE VALID FOR ONLY TEN DAYS UNLESS YOU PROVIDE WRITTEN CONFIRMATION OF THE REQUEST POSTMARKED OR DELIVERED WITHIN SEVEN DAYS OF SUCH REQUEST. YOU MAY TERMINATE THIS REQUEST BY WRITING TO THE DEBT COLLECTOR.

**MINNESOTA RESIDENTS: THIS COLLECTION AGENCY IS LICENSED BY THE MINNESOTA DEPARTMENT OF COMMERCE.**

**NEW YORK CITY:** New York City Department of Consumer Affairs License Number 1150415.

**NORTH CAROLINA:** North Carolina Permit Number 1074.
Our name and address is Bureau of Collection Recovery, 7575 Corporate Way, Eden Prairie, MN 55344.

**TENNESSEE RESIDENTS:** This collection agency is licensed by the Collection Service Board of the Department of Commerce and insurance.

**WISCONSIN RESIDENTS:** This collection agency is licensed by the Division of Banking, P.O. Box 7876, Madison, Wisconsin 53707.

Department # 1456
P.O. Box 1259
Oaks, PA 19456

# Bureau of Collection Recovery, Inc.

7575 Corporate Way
Eden Prairie, MN 55344
888-276-8572

For Processing of Return Mail only.
Do not send correspondence to this address.

Date: 12/10/08
Creditor: VERIZON WIRELESS
Principal Balance: $583.34
Collection Fees: $105.00
Total Amount Due: $688.34
Account Number: 41258916
Creditor Number: 027056172200001

15477 - 37

Richard Lucero
10805 CORDOVA AVE NE
ALBUQUERQUE NM 87112-1610

### Settlement Offer

Dear Richard Lucero:

The Bureau of Collection Recovery would like to offer a settlement on the above-referenced account for less than the full balance due.

To settle this debt, The Bureau of Collection Recovery will accept $481.84 which represents 70% of your total balance.

This communication is from a debt collector. This is an attempt to collect a debt by a debt collector and any information will be used for that purpose.

**Hours of Operation (Central Time)**
Monday - Thursday 7am-9pm
Friday 7am - 5pm
Central Time

**NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION.**

Sincerely,

VICTOR VELASQUEZ
888-276-8572
Bureau of Collection Recovery

---

──────Please detach and return in the enclosed envelope with your payment──────

Richard Lucero
10805 CORDOVA AVE NE
ALBUQUERQUE NM 87112-1610

| | |
|---|---|
| Date: | 12/10/08 |
| Account Number: | 41258916 |
| Creditor: | VERIZON WIRELESS |
| Principal Balance: | $583.34 |
| Collection Fee: | $105.00 |
| Amount Due: | $688.34 |
| Amount Remitted: | $_____ |

Pay online at: http://payments.bureauofcollection.com

**PLEASE NOTE CHANGES TO YOUR**
**ADDRESS OR PHONE NUMBER BELOW.**

_____

_____

EXHIBIT B

Mail payment to:

Bureau of Collection Recovery
PO Box 9001
Minnetonka, MN 55345-9001

HOME #:_____

WORK #:_____

820-030303030300                15477 - 37

We are required under state law to notify consumers of the following rights. This list does not contain a complete list of the rights consumers have under state and federal law.

**CALIFORNIA RESIDENTS:** The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov.

**COLORADO RESIDENTS:** FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT, SEE WWW.AGO.STATE.CO.US/CADC/CADCMAIN.CFM.

A consumer has the right to request in writing that a debt collector or collection agency cease further communication with the consumer. A written request to cease communication will not prohibit the debt collector or collection agency from taking any other action authorized by law to collect the debt

**MASSACHUSETTS RESIDENTS:**
NOTICE OF IMPORTANT RIGHTS: YOU HAVE THE RIGHT TO MAKE A WRITTEN OR ORAL REQUEST THAT TELEPHONE CALLS REGARDING YOUR DEBT NOT BE MADE TO YOU AT YOUR PLACE OF EMPLOYMENT. ANY SUCH ORAL REQUEST WILL BE VALID FOR ONLY TEN DAYS UNLESS YOU PROVIDE WRITTEN CONFIRMATION OF THE REQUEST POSTMARKED OR DELIVERED WITHIN SEVEN DAYS OF SUCH REQUEST. YOU MAY TERMINATE THIS REQUEST BY WRITING TO THE DEBT COLLECTOR.

**MINNESOTA RESIDENTS:** THIS COLLECTION AGENCY IS LICENSED BY THE MINNESOTA DEPARTMENT OF COMMERCE.

**NEW YORK CITY:** New York City Department of Consumer Affairs License Number 1150415.

**NORTH CAROLINA:** North Carolina Permit Number 1074.
Our name and address is Bureau of Collection Recovery, 7575 Corporate Way, Eden Prairie, MN 55344.

**TENNESSEE RESIDENTS:** This collection agency is licensed by the Collection Service Board of the Department of Commerce and Insurance.

**WISCONSIN RESIDENTS:** This collection agency is licensed by the Division of Banking, P.O. Box 7876, Madison, Wisconsin 53707.

## Licensee Details

### Demographic Information

| Title: | First: | Middle: | Last: | Suffix: |
|---|---|---|---|---|
| Name: Bureau Of Collection Recovery, Inc. | | Owner: BOBBIE DUNN | | |
| Home State: | | | | |

### Address Information

City: Albuquerque          State: NM       Zip: 871916035

### License Information

| DBA: | Bureau Of Collection Recovery, Inc. | | | | |
|---|---|---|---|---|---|
| Lic #: | 00523 | Profession: Financial Institutions | Type: | Collection Agency | Secondary: |
| Status: | Active | Issued: 10/8/1999 | Expiry: 6/30/2009 | | Effective: 10/8/1999 |
| Reason: | | Date: 6/9/2003 | Renewed: 5/22/2008 | | Dsg. Suff: |
| Method: | Application | State: | Country: | | LOA Issue: |
| Appealed: | | Result: | Effective: | | LOA Expiry: |

### Prerequisite Information

No Prerequisite Information

### Education Information

No Education Information

### Employment Information

| Profession: | Financial Institutions | Employer: Bobbie J. Dunn | Position Name: | MANAGER | Start Date: |
|---|---|---|---|---|---|
| End Date: | | Credits: Credit | Credit Unit: Primary Employer: | | Credit Type: Number of Hours: |
| Approved: | | Date: | | | |
| Diversion Flag: | | Part-time: | Comments: | | |
| Remarks: | | | | | |

### Specialty Information

No Specialty Information

### Violation Information

No Violation Information

### Discipline Information

No Discipline Information

### Limits/Restriction Information

No Limits/Restriction Information

### License Bond Information

| TRAVELERS CASUALTY AND | | 775219138 | Bond Continuous |
|---|---|---|---|

EXHIBIT 1

| Bond Company: | SURETY COMPANY OF AMERICA | Bond Number: | NM | Bond Type: | SURETY | Ind: | Yes |

| Bond Amount: | 15000.00 | Bond Issue Date: | 7/1/2001 | Bond Cash Deposit Date: | | Bond Cash Release Date: | |
| Bond Termination Date: | | Bond Expiration Date: | | Coverage Type: Bond | | | |

**License CSR Information**

No License CSR Information

**Respondent License Information**

No Respondent License Information

**CheckList Information**

No CheckList Information

**Related Documents**

No Related Documents



## STATE OF NEW MEXICO
### FINANCIAL INSTITUTIONS DIVISION
COLLECTION AGENCY MANAGERS THAT COLLECT FOR VARIOUS COLLECTION AGENCIES

| NAME | CITY | PHONE NUMBER | MAILING ADDRESS |
|---|---|---|---|
| Linda S. Allen | Farmington | 505-326-0018 | 4713 Caspian Avenue, Suite 1, Farmington, NM 87402 |
| William E. Shafer | Farmington | 505-325-5056 | 500 N. Orchard, Farmington, NM 87402 |
| Bobbie J. Dunn | Albuquerque | 505-823-6473 | P.O. Box 16035, Albuquerque, NM 87191-6035 |
| Michael W. Pierson | Albuquerque | 505-298-3268 | P.O. Box 51416, Albuquerque, NM 87181 |
| Jeffrey D. Johnson | Albuquerque | 505-884-7670 | 5612 Cometa Court N.E., Albuquerque, NM 87111 |
| Stephen D. Bass | Albuquerque | 505-843-7573 | 200 Lomas Blvd. N.W., Suite 850, Albuquerque, NM 87102 |
| Ann L. Scheibner | Albuquerque | 505-843-7573 | 200 Lomas Blvd. N.W., Suite 850, Albuquerque, NM 87102 |
| Bryan Thomason | Albuquerque | 505-265-9630 | 111 Lomas Blvd. NW, Suite 502, Albuquerque, NM 87102 |
| Robert Pierson | Albuquerque | 505-410-5235 | 4409 Delamar NE, Albuquerque, NM 87110 |
| Eddie Rios | Santa Fe | 505-920-8400 | 22A Ana Maria Lane, Santa Fe, NM 87506 |

STATE OF NEW MEXICO
COUNTY OF BERNALILLO
SECOND JUDICIAL DISTRICT COURT

RICHARD LUCERO, On behalf of himself
and All others similarly situated,

        Plaintiff,

vs.

BUREAU OF COLLECTION RECOVERY, INC.,

        Defendant.

ENDORSED
FILED IN MY OFFICE THIS

APR 3 0 2009

*Juanita M. Duran*
CLERK DISTRICT COURT

CV 2009 05 05 9
No._____

## COURT-ANNEXED ARBITRATION CERTIFICATION

    COMES NOW the Plaintiff, Richard Lucero, by and through his counsel of record, Alfred M. Sanchez, pursuant to Second Judicial District Local Rules, Rule LR2-603, certifies as follows:

    This party seeks a money judgment that exceeds twenty-five thousand dollars ($25,000), and this a class action lawsuit not subject to court-annexed arbitration.

                    Respectfully submitted,

                    ALFRED M. SANCHEZ
                    Attorney for Plaintiff
                    301 Gold Ave. SW, Ste. 202
                    Albuquerque, NM  87102
                    (505) 242-1979





**Account History**

| | | | | | |
|---|---|---|---|---|---|
| Our Account ID: | 41258916 | Status: | RCL | | Report Date |
| Customer: | 17954 | VERIZON WIRELESS | | | 5/7/2009 2:30PM |
| Account Number: | 027056172200001 | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Received: | 11/5/2008 | Closed: | 4/9/2009 | Returned: | 5/7/2009 |

| | | | |
|---|---|---|---|
| Original Balance | $688.34 | Interest Rate: | 0.00 |
| Amount Paid: | $0.00 | Last Int Date: | 11/5/2008 |
| Current Balance: | $688.34 | | |

| | | | |
|---|---|---|---|
| Name | LUCERO, RICHARD | SSN | 585263592    DOB |
| OtherName | | HomePhone | |
| Street1 | 10805 CORDOVA AVE NE | WorkPhone | |
| Street2 | | | |
| CSZ | ALBUQUERQUE,NM 871121610 | | |

| Date | Type | Matched | Check No | Invoiced | Amount | Comment |
|---|---|---|---|---|---|---|
| | | | | | | |

| Date and Time | User | Action | Result | Comment |
|---|---|---|---|---|
| 11/5/2008 1:59AM | TCL | TCL | TCL | Got phone 5058394089 from TCL |
| 11/6/2008 8:38AM | Dolan | Sent | Dolan | Primary Debtor Sent to Dolan for Bankruptcy |
| 11/6/2008 8:53AM | Dolan | Sent | Dolan | Primary Debtor Sent to Dolan for Deceased |
| 11/6/2008 9:29AM | SysAdmin | Load | Init | Initial Homephone # (505)839-4089 |
| 11/6/2008 9:29AM | SysAdmin | Load | Init | Initial Workphone # (505)332-3395 |
| 11/6/2008 9:29AM | SysAdmin | Load | Init | Initial Address 10805 CORDOVA AVE NE |
| 11/6/2008 9:29AM | SysAdmin | Load | Init | Initial Address ALBUQUERQUE , NM 87112-1610 |
| 11/6/2008 10:20AM | SysAdmin | Load | Init | Initial Homephone # (505)839-4089 |
| 11/6/2008 10:20AM | SysAdmin | Load | Init | Initial Workphone # (505)332-3395 |
| 11/6/2008 10:20AM | SysAdmin | Load | Init | Initial Address 10805 CORDOVA AVE NE |
| 11/6/2008 10:20AM | SysAdmin | Load | Init | Initial Address ALBUQUERQUE , NM 87112-1610 |
| 11/6/2008 12:12PM | O1120 | TR | 21 | #5058394089#:21:21: Dialer Incomplete Information :H0:2008-11-06 12:12:15:000: |
| 11/6/2008 12:57PM | mlindstrom | LETTR | REQST | First Dunning Letter Sent |
| 11/7/2008 2:46AM | O1120 | CO | ++++ | Status Changed |NEW | ACT |
| 11/7/2008 10:57AM | | TR | 13 | #5058394089#:13:13: Dialer Answering Machine :H0:2008-11-07 10:57:26:000: |
| 11/7/2008 2:53PM | O1242 | TR | 18 | #5058394089#:18:18: Dialer RPC Transfer :H0:2008-11-07 14:53:22:000: |
| 11/8/2008 2:18AM | O1242 | CO | ++++ | Status Changed |NEW | ACT |
| 11/8/2008 2:33AM | | CO | ++++ | Status Changed |NEW | ACT |
| 11/8/2008 9:33AM | | TR | 13 | #5058394089#:13:13: Dialer Answering Machine :H0:2008-11-08 09:33:42:000: |
| 11/9/2008 1:56AM | | CO | ++++ | Status Changed |NEW | ACT |
| 11/9/2008 11:10AM | | TR | 46 | #5058394089#:46:46: Dialer Customer Hung up Out Q :H0:2008-11-09 11:10:44:000: |
| 11/10/2008 6:21AM | | CO | ++++ | Status Changed |NEW | ACT |
| 11/10/2008 9:27AM | MMcDowell | DESK | CHNG | Desk Changed from 0000000 to 666668 |
| 11/10/2008 11:27AM | O1092 | TR | 62 | #5058394089#:62:62:62:H0:2008-11-10 11:27:08:000: |
| 11/10/2008 3:22PM | | TR | 15 | #5053323395#:15:15: Dialer No Answer :H0:2008-11-10 15:22:53:000: |
| 11/10/2008 6:51PM | | TR | 13 | #5058394089#:13:13: Dialer Answering Machine :H0:2008-11-10 18:51:35:000: |
| 11/10/2008 8:29PM | O1125 | TR | 62 | #5058394089#:62:62:62:H0:2008-11-10 20:29:22:000: |
| 11/11/2008 2:57AM | O1125 | CO | ++++ | Status Changed |NEW | ACT |
| 11/11/2008 2:57AM | | CO | ++++ | Status Changed |NEW | ACT |

History of Account    41258916(Continued)

| Date/Time | User | Action | Code | Description |
|---|---|---|---|---|
| 11/11/2008  3:05AM | | CO | ++++ | Status Changed [NEW | ACT |
| 11/11/2008  3:19AM | O1092 | CO | ++++ | Status Changed [NEW | ACT |
| 11/11/2008 10:57AM | O1057 | TR | 21 | #5058394089#:21:21: Dialer Incomplete Information :H0:2008-11-11 10:57:43:000: |
| 11/12/2008  3:00AM | O1057 | CO | ++++ | Status Changed [NEW | ACT |
| 11/12/2008 11:00AM | | TR | 13 | #5058394089#:13:13: Dialer Answering Machine :H0:2008-11-12 11:00:29:000: |
| 11/12/2008 12:19PM | | TR | 13 | #5058394089#:13:13: Dialer Answering Machine :H0:2008-11-12 12:19:38:000: |
| 11/12/2008  4:41PM | O1021 | TR | 62 | #5058394089#:62:62:H0:2008-11-12 16:41:39:000: |
| 11/12/2008  7:56PM | | TR | 13 | #5058394089#:13:13: Dialer Answering Machine :H0:2008-11-12 19:56:31:000: |
| 11/12/2008  8:51PM | O1104 | TR | 66 | #5058394089#:66:66: Dialer Wrong  number  :H0:2008-11-12 20:51:33:000: |
| 11/12/2008  8:57PM | jsundin | TR | WN | Old Home Phone(1) was 5058394089 |
| 11/12/2008  8:59PM | jsundin | OT | WN | person called in/person stated that he is not richard/told person i removed number/setting followup |
| 11/13/2008  2:06PM | | TR | 48 | #5053323395#:48:48: Dialer No Agent for Out call :H0:2008-11-13 14:06:45:000: |
| 11/17/2008  1:53PM | O1061 | TR | 62 | #5053323395#:62:62:H0:2008-11-17 13:53:53:000: |
| 11/18/2008  1:55PM | O1120 | TR | 21 | #5053323395#:21:21: Dialer Incomplete Information :H0:2008-11-18 13:55:55:000: |
| 11/20/2008  1:39PM | O1237 | TR | 21 | #5053323395#:21:21: Dialer Incomplete Information :H0:2008-11-20 13:39:03:000: |
| 11/24/2008  1:42PM | O1206 | TR | 62 | #5053323395#:62:62:H0:2008-11-24 13:42:54:000: |
| 11/25/2008  1:54PM | O1206 | TR | 62 | #5053323395#:62:62:H0:2008-11-25 13:54:19:000: |
| 11/26/2008  1:36PM | O1011 | TR | 66 | #5053323395#:66:66: Dialer Wrong  number  :H0:2008-11-26 13:36:02:000: |
| 11/27/2008  1:38AM | O1011 | GEXCH | UPDATE | Old Phone updated - 5053323395 |
| 12/4/2008 12:00AM | SysAdmin | Inovis | Sent | Account sent to Inovis for Bad Phone |
| 12/10/2008 12:00AM | SysAdmin | Isight | Sent | Account sent to insight for Bad Phone |
| 12/10/2008 12:00AM | SysAdmin | Isight | Sent | Account sent to insight for Bad Phone |
| 12/10/2008  2:18PM | bbuchko | LETTR | REQST | Settlement letter S20: S20 Settlement Letter requested for $481.84 due 12/24/2008 |
| 12/11/2008  2:33PM | Insight | | | "New Phone from Insight for badphone" 5052753054 |
| 12/12/2008  3:48PM | | TR | 38 | #5052753054#:38:38: Dialer Disconnected Number :H0:2008-12-12 15:48:49:000: |
| 12/15/2008 10:32AM | | TR | 38 | #5052753054#:38:38: Dialer Disconnected Number :H0:2008-12-15 10:32:32:000: |
| 12/15/2008  3:27PM | | TR | 38 | #5052753054#:38:38: Dialer Disconnected Number :H0:2008-12-15 15:27:13:000: |
| 12/15/2008  7:50PM | | TR | 38 | #5052753054#:38:38: Dialer Disconnected Number :H0:2008-12-15 19:50:16:000: |
| 12/16/2008  1:33AM | Dialer | Update | Update | Update Phone 7 from the dialer-Code 38 |
| 1/8/2009 12:00AM | SysAdmin | Inovis | Sent | Account sent to Inovis for Bad Phone |
| 1/8/2009 12:00AM | SysAdmin | Inovis | Sent | Account sent to Inovis for Bad Phone |
| 1/8/2009  1:26PM | mlindstrom | LETTR | REQST | Settlement letter S20: S20 Settlement Letter requested for $413.00 due 01/22/2009 |
| 1/13/2009  5:23PM | MMcDowell | DESK | CHNG | Desk Changed from 666668 to 666669 |
| 1/15/2009 12:00AM | SysAdmin | Isight | Sent | Account sent to insight for Bad Phone |
| 1/15/2009 12:00AM | SysAdmin | Isight | Sent | Account sent to insight for Bad Phone |
| 1/15/2009 12:00AM | SysAdmin | Isight | Sent | Account sent to insight for Bad Phone |
| 1/22/2009 12:00AM | SysAdmin | Inovis | Sent | Account sent to Inovis for Bad Phone |
| 1/22/2009 12:00AM | SysAdmin | Inovis | Sent | Account sent to Inovis for Bad Phone |
| 1/22/2009 12:00AM | SysAdmin | Inovis | Sent | Account sent to Inovis for Bad Phone |
| 1/28/2009 10:15AM | Inovis | | | Received following Phones 505-293-5033 ▬ ▬ |
| 1/28/2009 10:52AM | Inovis | | | Received following Address ▬ ▬ ▬ ▬ |
| 1/28/2009 10:52AM | Inovis | | | Received Following Address ▬ ▬ ▬ ▬ |
| 1/29/2009 12:26AM | Admin | PHONE | CHNG | Phone 5 Update 505-293-5033 |
| 1/29/2009 12:26AM | Admin | PHONE | CHNG | Phone 8 Update ▬ |

History of Account    41258916(Continued)

| 1/29/2009 12:43PM | | TR | 38 | #5052935033#:38:38: Dialer Disconnected Number :H0:2009-01-29 12:43:55:000: |
| 1/29/2009 8:00PM | | TR | 38 | #5052935033#:38:38: Dialer Disconnected Number :H0:2009-01-29 20:00:56:000: |
| 1/30/2009 2:05AM | Dialer | Update | Update | Update Phone 5 from the dialer-code 38 |
| 2/6/2009 12:00AM | SysAdmin | Inovis | Sent | Account sent to Inovis for Bad Phone |
| 2/9/2009 9:38AM | Inovis | | | Received following Phones = = |
| 2/9/2009 12:14PM | Inovis | | | Received following Address = = = = |
| 2/9/2009 12:14PM | Inovis | | | Received Following Address = =,= = |
| 2/10/2009 12:17AM | Admin | PHONE | CHNG | Phone 5 Update = |
| 2/10/2009 12:17AM | Admin | PHONE | CHNG | Phone 8 Update = |
| 2/12/2009 12:00AM | SysAdmin | Isight | Sent | Account sent to insight for Bad Phone |
| 3/1/2009 12:00AM | SysAdmin | Isight | Sent | Account sent to insight for Bad Phone |
| 3/1/2009 12:00AM | SysAdmin | Isight | Sent | Account sent to insight for Bad Phone |
| 3/5/2009 12:00AM | SysAdmin | Inovis | Sent | Account sent to Inovis for Bad Phone |
| 3/6/2009 1:12AM | Inovis | | | Received following Phones 505-294-5075 = = |
| 3/6/2009 4:20PM | Inovis | | | Received following Address = = = |
| 3/6/2009 4:20PM | Inovis | | | Received Following Address = = = = |
| 3/7/2009 12:42AM | Admin | PHONE | CHNG | Phone 5 Update 505-294-5075 |
| 3/7/2009 12:42AM | Admin | PHONE | CHNG | Phone 8 Update = |
| 3/12/2009 11:46AM | | TR | 15 | #5052945075#:15:15: Dialer No Answer :H0:2009-03-12 11:46:29:000: |
| 3/19/2009 10:11AM | | TR | 15 | #5052945075#:15:15: Dialer No Answer :H0:2009-03-19 10:11:01:000: |
| 4/1/2009 11:57AM | | TR | 15 | #5052945075#:15:15: Dialer No Answer :H0:2009-04-01 11:57:28:000: |
| 4/2/2009 10:19AM | | TR | 15 | #5052945075#:15:15: Dialer No Answer :H0:2009-04-02 10:19:38:000: |
| 4/6/2009 10:35AM | | TR | 15 | #5052945075#:15:15: Dialer No Answer :H0:2009-04-06 10:35:06:000: |
| 4/8/2009 10:26AM | | TR | 15 | #5052945075#:15:15: Dialer No Answer :H0:2009-04-08 10:26:13:000: |
| 4/9/2009 11:28AM | Verizon | ++++ | ++++ | S90-Pending Client Recall |
| 4/9/2009 11:28AM | Verizon | +++++ | +++++ | Status Changed ACT | HLD |
| 5/7/2009 2:30PM | Lduran | CS | CO | RCVED LITIGATION CMPLNT DBTER CLMS BCR HS VIOLATED THE NEW MEXICO COLLECTION AGENY ACT AND FDCPA FWRD TO KAREN |

| Date Requested | Requested By | Date Processed | Letter Code | Description |
|---|---|---|---|---|
| 11/6/2008 | mlindstrom | 11/7/2008 | A20 | First Dunning Letter |
| 12/10/2008 | bbuchko | 12/10/2008 | S20 | Settlement Letter |
| 1/8/2009 | mlindstrom | 1/8/2009 | S20 | Settlement Letter |

STATE OF NEW MEXICO
COUNTY OF BERNALILLO
SECOND JUDICIAL DISTRICT

RICHARD LUCERO, On behalf of himself
and All others similarly situated,

        Plaintiff,

vs.                                              NO. **CV 2009 05059**

BUREAU OF COLLECTION RECOVERY, INC.,

        Defendant.

### SUMMONS

TO:   Bureau of Collection Recovery, Inc.
      7575 Corporate Way
      Eden Prairie, MN  55344

      Greetings:

      You are required to serve upon Alfred M. Sanchez, Attorney for Plaintiff, an answer or motion in response to the Complaint which is attached to this Summons within thirty (30) days after service of this Summons upon you, exclusive of the day of service, and file a copy of your answer or motion with the Court as provided in Rule 1-005NMRA.

      If you fail to file a timely answer or motion, default judgment may be entered against you for the relief demanded in the Complaint.

Name and Address of Plaintiff's Attorney:
                  Alfred M. Sanchez
              301 Gold Ave. SW, Ste. 202
                Albuquerque, N.M. 87102
                  WILLIAM F. LANG
      WITNESS the Honorable _____, district judge of the Second Judicial District Court of the State of New Mexico, and the seal of the district court of said County, this day of _____ APR 2 9 2009 _____.

                              JUANITA M. DURAN_____
                              (Clerk of the District Court)

                              By:____GERI SOLANO_____
                                 Deputy

NOTE:
      This summons does not require you to see, telephone or write to the District Judge of the Court at this time.
      It does require you or your attorney to file your legal defense to this case in writing with the Clerk of the District Court within 30 days after the summons is legally served on you. If you do not do this, the party suing may get a Court Judgment by default against you. If you want the advice of a lawyer and don't know one, you may wish to call the State Bar Statewide Lawyer Referral Service at 797-6066.

# RETURN

STATE OF _____     )
                              ) ss.
COUNTY OF _____     )

      I, being duly sworn, on oath, say that I am over the age of eighteen (18) years and not a party to this lawsuit, and that I served the within Summons in said County on the _____ day of _____, 20____, by delivering a copy thereof, with copy of Complaint attached, in the following manner:

[ ]    to Defendant _____ (used when Defendant receives copy of Summons or refuses to receive Summons).

[ ]    to the Defendant by [mail] [courier service] as provided by Rule 1-004 NMRA (used when service is by mail or commercial courier service).

After attempting to serve the summons and complaint on the defendant by personal service or by mail or commercial courier service, by delivering a copy of this Summons, with a copy of Complaint attached, in the following manner:

[ ]    to _____, a person over fifteen (15) years of age and residing at the usual place of abode of Defendant _____, (used when Defendant is not presently at place of abode) and by mailing by first class mail to the Defendant at _____ (insert Defendant's last known mailing address) a copy of the Summons and Complaint.

[ ]    to _____, the person apparently in charge at the actual place of business or employment of the defendant and by mailing by first class mail to the defendant at _____ _____ (insert Defendant's business address) and by mailing the Summons and Complaint by first class mail to the Defendant at _____ (insert Defendant's last known mailing address),

[ ]    to _____, an agent authorized to receive service of process for Defendant _____.

[ ]    to _____, [parent] [guardian] [custodian] [conservator] [guardian ad litem] of Defendant _____, (used when Defendant is a minor or an incompetent person).

[ ]    to _____ (name of person), _____, (title of person authorized to receive service. Use this alternative when the Defendant is a corporation or an association subject to a suit under a common name, land grant board of trustees, the State of New Mexico or any political subdivision).

Fees: _____

_____
Signature of Person Making Service

_____
Title (if any)

Subscribed and sworn to
before me this _____ day
of _____, 20____.

_____
Judge, Notary or Other Officer
Authorized to Administer Oaths

_____
Official Title
My Commission Expires: _____

STATE OF NEW MEXICO
COUNTY OF BERNALILLO
SECOND JUDICIAL DISTRICT COURT

RICHARD LUCERO,
On behalf of himself and
All others similarly situated,

       Plaintiffs,                                  Case No. CV 2009 05059

vs.

BUREAU OF COLLECTION RECOVERY, INC.

       Defendant,

---

### DEFENDANT'S NOTICE OF FILING OF NOTICE OF REMOVAL

---

TO:    Clerk of the District Court of the Second Judicial District Court of the State of New Mexico:

      You are hereby notified that the above-captioned action has been removed to the docket of the United States District Court for the District of New Mexico on June 1, 2009 by the filing of a Notice of Removal by Defendant. A copy of said Defendant's Notice of Removal is attached hereto and incorporated herein by reference.

      Dated this 1st day of June, 2009.

                                  Respectfully submitted,

                                **MODRALL, SPERLING, ROEHL, HARRIS
                                  & SISK, P.A.**

      By:_____
                 Jennifer G. Anderson
                 Post Office Box 2168
                 Bank of America Centre
                 500 Fourth Street N.W., Suite 1000
                 Albuquerque, NM 87103-2168
                 Telephone: 505.848.1800
             *Attorneys for Bureau of Collection Recovery, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing **NOTICE OF FILING OF NOTICE OF REMOVAL** was served this 1st day of June, 2009, by placing same in the United States Mail, first-class postage prepaid, addressed to:

Alfred M. Sanchez, Esq.
301 Gold Ave., SW, Ste. 202
Albuquerque, NM 87102
Ph:  (505) 242-1979


**MODRALL, SPERLING, ROEHL, HARRIS
    & SISK, P.A.**

By: _____
        Jennifer G. Anderson


*K:\dox\client\90000\801\W0989745.DOCX*